53 P.3d 263

# SUPREME COURT OF HAWAI'I

### August 21, 2002

| | | |
|---|---|---|
| 24193 | State v. Irvine | Affirmed |

### August 22, 2002

| | | |
|---|---|---|
| 24578 | Doe, In re | Affirmed |

### August 23, 2002

| | | |
|---|---|---|
| 24536 | State v. Vastlik | Affirmed |

### August 26, 2002

| | | |
|---|---|---|
| 23672 | Mock v. Department of Health | Affirmed |
| 24654 | State v. Inouye | Affirmed |

### August 27, 2002

| | | |
|---|---|---|
| 24763 | State v. Faletogo | Affirmed |
| 23470 | State v. Hill | Affirmed |

### August 29, 2002

| | | |
|---|---|---|
| 24378 | State v. Lacuesta | Affirmed |

### September 6, 2002

| | | |
|---|---|---|
| 24187 | State v. Lopes | Affirmed |

### September 11, 2002

| | | |
|---|---|---|
| 24691 | State v. Davis | Affirmed |
| 24548 | State v. Dietzman | Affirmed |
| 24785 | State v. White | Affirmed |